# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY | PLAINTIFF |
| v. | CIVIL ACTION NO. 3:06-CV-00479-HTW-LRA |
| HUDSON, EVERETT, SIMONSON, MULLIS & ASSOCIATES, INC.; LARRY MILLER, JIM SIMONSON, WILL IRBY, and KEYES MECHANICAL, INC. | DEFENDANTS |

### FINAL JUDGMENT

This cause came before the court on the motion of the plaintiff for summary judgment. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that plaintiff United States Fidelity and Guaranty's motion is well taken and should be granted. The Memorandum Opinion and Order of this court dated March 30, 2008, and the findings of fact and law included therein are incorporated by reference. For the reasons assigned in that opinion, the court concludes that judgment should be entered in favor of the plaintiff and against the defendants and that the plaintiff should be awarded its costs.

IT IS ORDERED AND ADJUDGED that the plaintiff is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 30th day of March, 2008.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**